# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| FREDERICK JEROME ROBERTS, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | Civil Action No. 7:19-cv-031-O-BP |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This is a habeas action brought pursuant to 28 U.S.C. § 2254 in which Petitioner challenges his Wilbarger County convictions for the offenses of aggravated assault with a deadly weapon, evading arrest with a vehicle, and unlawful possession of a firearm. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that the petition be dismissed as time-barred. *See* ECF No. 26. Objections were filed by Petitioner. ECF No. 29. The District Court reviewed de novo those portions of the Findings, Conclusions, and Recommendation to which objections were made and reviewed the remaining Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

For the foregoing reasons, the petition for writ of habeas corpus is **DISMISSED** with prejudice as **TIME-BARRED**.

**SO ORDERED** this **22nd day** of **October 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE